UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                                          ORDER OF DISMISSAL
                                                                                              FOR
**Tronox Incorporated**                                      FAILURE TO PROSECUTE
                                                                                BANKRUPTCY APPEAL

-----------------------------------------------------X                          21-CV-9426 JPC

FROM:   VITO GENNA, CLERK
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                                         BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Roderick Lee
BANKRUPTCY DOCUMENT #: 9552

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

     _X_   FRBP 8009
     ___   Federal Rules of Civil Procedure (Rule _____)
     _X_   28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
     ___   Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **June 23, 2022**                                         Vito Genna, Clerk
              New York, New York                                    U.S. Bankruptcy Court, SDNY

                                                                                    By:   ____s/ Anatin Rouzeau____
                                                                                                        Deputy Clerk

                                                  ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____June 23_____ 20 22                              _____
              New York, New York                                         Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                  Ruby J. Krajick , Clerk
                                                                                         District Court, SDNY

                                                                                    By: _____
                                                                                                   Deputy Clerk